(84 South. 775)

McELROY v. STATE. (1 Div. 369.)

(Court of Appeals of Alabama. May 12, 1920.)

CRIMINAL LAW ⟷1094—JUDGMENT AFFIRMED AFTER EXPIRATION OF TIME FOR FILING BILL OF EXCEPTIONS.

Where an appeal is upon the record proper, without a bill of exceptions, and the time for filing the bill of exceptions has expired, and the record is free from error, the judgment will be affirmed.

Appeal from Circuit Court, Mobile County; J. Leigh, Judge.

L. Guy McElroy was convicted of grand larceny, and appeals. Affirmed.

J. Q. Smith, Atty. Gen., for the State.

BRICKEN, P. J. The defendant was convicted of grand larceny and duly sentenced to an indeterminate term of imprisonment in the penitentiary under the provisions of Code 1907, § 7620, and Acts 1919, p. 148.

This appeal is upon the record proper, without a bill of exceptions, and the time for filing the bill of exceptions has expired, to which fact the clerk of the court certifies. The record is free from error, and the judgment is accordingly affirmed.

Affirmed.